**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA 95207**
**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**ERIC W. CONNER, SBN 145616**
**LAW OFFICE OF ERIC W. CONNER**
**3108 Willow Pass Road**
**Concord, CA  94519**

**Telephone:  (925) 676-8850**
**Facsimile:  (925) 676-8830**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MARIE EWING, et al.,** | **Case Number 2:05-CV-02270-WBS-GGH** |
| Plaintiffs, | **REQUEST  AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Current Date:  February 3, 2006, 9:00 a.m. |
| **THE STATE OF CALIFORNIA, et al.,** | Proposed Date:  April 10, 2006, 9:00 a.m. |
| Defendants. | |

We, VITTORIA M. BOSSI and ERIC W. CONNER, are the attorneys for the Plaintiffs, in this matter. We are requesting a continuation of the Status Conference currently set for February 3, 2006, because all Defendants have not had sufficient time to answer.  Therefore, we are requesting a continuance in order to give all parties time to answer and subsequently meet and confer before the Status Conference..

Therefore, we are requesting that the new Status Conference be continued to April 10, 2006, at 9:00 a.m.

///

///

1
**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 23, 2006                               CLAIR & BOSSI

                                                     By____/s/_____
                                                        VITTORIA M. BOSSI,
                                                        Attorney for Plaintiff, Mark Ewing

Dated: January 23, 2006                               ____/s/_____
                                                        ERIC W. CONNER
                                                        Attorney for Plaintiff, Heather Ewing

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's request for an Order to Continue Status Conference to April 10, 2006, at 9:00 a.m. in Courtroom Number 5 be granted.

DATED: January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com