VITTORIA M. BOSSI, SBN 154694
CLAIR & BOSSI
2155 West March Lane, Suite 1A
Stockton, CA 95207
Telephone: (209) 477-1800
Facsimile: (209) 477-1821

Attorney for Mark Ewing

ERIC W. CONNER, SBN 145616
LAW OFFICE OF ERIC W. CONNER
3108 Willow Pass Road
Concord, CA 94519

Telephone: (925) 676-8850
Facsimile: (925) 676-8830

Attorneys for Heather Ewing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING, et al., <br><br>   Plaintiffs, <br><br> vs. <br><br> THE STATE OF CALIFORNIA, et al., <br><br>   Defendants. | Case Number 2:05-CV-02270-WBS-GGH <br><br> **VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANT STATE OF CALIFORNIA** |

It is hereby stipulated by and between the parties hereto that the State of California only may be dismissed with prejudice, each party to bear their own costs.

Dated: January 30, 2006                                CLAIR & BOSSI

                                                By    /s/ Vittoria M. Bossi
                                                      VITTORIA M. BOSSI,
                                                      Attorney for Plaintiff, Mark Ewing

1
VOLUNTARY DISMISSAL BY STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| | |
|2|Dated: January 30, 2006|/s/ Eric W. Conner|
|3| |ERIC W. CONNER<br>Attorney for Plaintiff, Heather Ewing|
|4| | |
|5| |BILL LOCKYER, Attorney General<br>of the State of California|
|6| |DARRYL L. DOKE, Lead Supervising<br>Deputy Attorney General|
|7| | |
|8|Dated: February 22, 2006|/s/ Darryl L. Doke|
|9| |DARRYL L. DOKE|
|10| |Lead Supervising Deputy Attorney General<br>Attorneys for Defendants State of California|

2
VOLUNTARY DISMISSAL BY STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant State of California only, is hereby, dismissed with prejudice, each party to bear their own costs.

DATED: February 24, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
VOLUNTARY DISMISSAL BY STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com