OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
J. MARK MYLES, CSB #200823
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
    COUNTY OF SAN JOAQUIN, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING, et al., | **CASE NO. 2:05-cv-02270-WBS-GGH** |
| Plaintiffs, | |
| vs. | **STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through their attorney of record, VITTORIA BOSSI, of Clair and Bossi and ERIC W. CONNER, Law Offices of Eric W. Conner; and Defendants, COUNTY OF SAN JOAQUIN, et al., by and through its respective attorney of record, J. MARK MYLES, Office of the County Counsel, that the hearing on Defendants' Motion to Dismiss presently set for March 10, 2006, be continued to March 24, 2006, at 10:00 a.m., in Department 5, of the United States District Court, Eastern District.

**SO STIPULATED.**

OFFICE OF THE COUNTY COUNSEL

DATED: March 2, 2006        By:    /s/ J. MARK MYLES
                                           J. MARK MYLES
                                           Deputy County Counsel

                                           Attorneys for Defendants, COUNTY OF
                                           SAN JOAQUIN. et al.

1

CLAIR AND BOSSI

DATED:  March 1, 2006          By:   /s/  VITTORIA M. BOSSI
                                     VITTORIA M. BOSSI
                                     Attorney for Plaintiff, MARK EWING


LAW OFFICES OF ERIC W. CONNER


DATED:  March ___, 2006        By:   /s/  ERIC W. CONNER
                                     ERIC W. CONNER
                                     Attorney for Plaintiff, HEATHER EWING

2

Stipulation for Continuance of Hearing Date on Defendants' Motion to Dismiss

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss is continued to March 24, 2006, at 10:00 a.m., in Department 5, of the United States District Court, Eastern District.

DATED:  March 6, 2006

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation for Continuance of Hearing Date on Defendants' Motion to Dismiss

PDF created with pdfFactory trial version www.pdffactory.com