```
 1  RICHARD E. NOSKY, JR., City Attorney
    State Bar No. 130726
 2  SHELLEY L. GREEN, Deputy City Attorney
    State Bar No. 161521
 3  425 N. El Dorado Street, Second Floor
    Stockton, California 95202
 4  Telephone: (209) 937-8333

 5  Attorneys for City Defendants
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING and, MARK LEE EWING, | CASE NO. 2:05-CV-02270-WBS-GGH |
| Plaintiffs, | **STIPULATION TO DISMISS STOCKTON POLICE DEPARTMENT, OFFICER STEVEN MICHAEL PEPPARD, AND FIELD EVIDENCE TECHNICIANS JULIE BARKETT, GARY LEE PAUL NASELLO, AND STEVEN ALFRED FLORES; AND ORDER THEREON** |
| vs. | |
| THE STATE OF CALIFORNIA BY AND THROUGH THEIR REPRESENTATIVES IN THE DISTRICT ATTORNEY'S OFFICE OF THE COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY; DISTRICT ATTORNEY JOHN D. PHILLIPS; DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; OFFICER STEVEN MICHAEL PEPPARD, individually And in his capacity as a City of Stockton Police Officer; OFFICER WILLIAM JEROME HUTTO, individually and in his capacity as a City of Stockton Police Officer; OFFICER JOHN J. REYES, individually and in his capacity as a City of Stockton Police Officer; OFFICER STEVEN W. CAPPS, individually and in his capacity as a City of Stockton Police Officer; OFFICER TODD KAMIGAKI, individually and in his capacity as a City of Stockton Police Officer; OFFICER McCARTHY, individually and in his capacity as a City of Stockton Police Officer; OFFICER JOSE | |

1

STIPULATION TO DISMISS STOCKTON POLICE DEPARTMENT, ET AL.; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

```
MARTINEZ, Individually and in his      )
capacity as a City Of Stockton         )
Police Officer; OFFICER JULIE          )
BARKETT, Individually and in her       )
capacity as a City of Stockton         )
Police Officer; OFFICER GARY LEE       )
PAUL NASELLO, individually and in      )
his capacity as a City of              )
Stockton Police Officer;               )
INVESTIGATOR BERTOCCHINI,              )
individually and in his                )
capacity as an investigator of         )
the District Attorney of               )
San Joaquin County (erroneously        )
sued as a City of Stockton Police      )
Officer): OFFICER STEVEN ALDRED        )
FLORES, individually and in his        )
capacity as a City of Stockton         )
Police Officer.                        )
                                       )
                Defendants.            )
                                       )
```

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that defendants STOCKTON POLICE DEPARTMENT, OFFICER STEVEN MICHAEL PEPPARD, and FIELD EVIDENCE TECHNICIANS (erroneously sued as officers) JULIE BARKETT, GARY LEE PAUL NASELLO, and STEVEN ALDRED FLORES are hereby dismissed with prejudice, each party to bear their own costs.

Dated:   April 5, 2006          CLAIR & BOSSI


                                By:  /s/ Vittoria M. Bossi
                                     VITTORIA M. BOSSI

                                Attorney for Plaintiff,
                                MARK EWING

Dated:   April 5, 2006          LAW OFFICES OF ERIC CONNER


                                By:  /s/ Eric W. Conner
                                     ERIC W. CONNER

                                Attorney for Plaintiff,
                                HEATHER EWING

2

STIPULATION TO DISMISS STOCKTON POLICE DEPARTMENT, ET AL.; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:   April 7, 2006            RICHARD E. NOSKY, JR.
                                  CITY ATTORNEY


                                  By:  /s/ Shelley L. Green
                                       SHELLEY L. GREEN
                                       Deputy City Attorney

                                  Attorneys for City Defendants
```

### ORDER

IT IS HEREBY ORDERED that defendants STOCKTON POLICE DEPARTMENT, OFFICER STEVEN MICHAEL PEPPARD, and FIELD EVIDENCE TECHNICIANS (erroneously sued as officers) JULIE BARKETT, GARY LEE PAUL NASELLO, and STEVEN ALDRED FLORES are hereby dismissed with prejudice, each party to bear their own costs.

Dated: April 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com