1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA 95207**
3  **Telephone: (209) 477-1800**
   **Facsimile: (209) 477-1821**

4  **Attorney for Mark Ewing**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HEATHER MARIE EWING, and MARK LEE EWING,** | **Case Number 2:05-CV-02270-WBS-GGH** |
| **Plaintiffs,** | **[PROPOSED] ORDER GRANTING PLAINTIFFS, HEATHER MARIE EWING AND MARK LEE EWING'S MOTION TO EXTEND CASE DEADLINES** |
| vs. | |
| **THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Plaintiffs' Motion for an Extension of Deadlines is hereby GRANTED.  the following deadlines detailed in the Scheduling Order dated April 3, 2006, are amended as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff | January 11, 2007 |
| Motions Hearing: | March 5, 2007 |
| Final Pretrial Conference | June 18, 2007 at 10:00 a.m. |
| Trial | August 21, 2007 at 9:00 a.m. |

1
PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO ORDERED.

2

3    Dated: September 22, 2006

4    _____
     WILLIAM B. SHUBB
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com