Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs
HEATHER and MARK EWING

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER and MARK EWING, | Case No. 2:05-CV-02270-WBS-GGH |
| Plaintiffs, | |
| v. | **STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES AND [PROPOSED] ORDER THEREON** |
| THE STATE OF CALIFORNIA, et al. | |
| Defendants. | |

On October 20, 2006, plaintiffs Heather and Mark Ewing substituted in the law offices of Gross & Belsky LLP as their new counsel in the above-referenced matter. All parties are in agreement to reopening expert designation, extending current case deadlines and dates to allow plaintiffs' newly retained counsel time to transition into this matter. Therefore,

IT IS HEREBY STIPULATED between the parties hereto, by and through their respective counsel and in accordance with Local Rules 83-143(a)(1) and 6-144(a), that the current deadlines and dates in this matter be extended as follows:

1.  Plaintiffs' disclosure of experts        June 4, 2007;
    and production of reports

2.  Defendants' disclosure of experts        June 18, 2007;
    and production of reports

3.  Disclosure of rebuttal experts           July 2, 2007;
    and production of reports

| | | | |
|---|---|---|---|
| 1 | 4. | Discovery cut-off | August 10, 2007; |
| 2 | 5. | Motions hearing | October 1, 2007 at 1:30 p.m.; |
| 3 | 6. | Final pretrial conference | January 14, 2008 at 1:30 p.m.; and |
| 4 | 7. | Trial | March 18, 2008 at 9:00 a.m. |

Dated: November 3 , 2006

Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201


By:   /s/
       Monique Alonso

Attorneys for Plaintiffs
HEATHER and MARK EWING

Dated: November  3 , 2006

Richard E. Nosky, Jr. (130726)
Shelley L. Green (161521)
City Attorney's Office
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333


By:    /s/
        Shelley L. Green

Attorneys for CITY DEFENDANTS

Dated: November  13 , 2006

J. Mark Myles (200823)
Office of the County Counsel
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

By: /s/
       J. Mark Myles

Attorneys for Defendants
DISTRICT ATTORNEY JOHN D.
PHILLIPS, DEPUTY DISTRICT ATTORNEY
LESTER F. FLEMING and
INVESTIGATOR BERTOCCHINI

2

1   IT IS SO ORDERED.

2   Dated:  November 15, 2006

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE