1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS & BELSKY LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiffs
6  HEATHER and MARK EWING

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  HEATHER and MARK EWING,          )  Case No. 2:05-CV-02270-WBS-GGH
                                     )
12          Plaintiffs,              )  **STIPULATION OF COUNSEL**
                                     )  **AND [PROPOSED] ORDER RE**
13          v.                       )  **FILING PLAINTIFFS' SECOND**
                                     )  **AMENDED COMPLAINT**
14  THE STATE OF CALIFORNIA, et al.  )
                                     )
15          Defendants.              )
                                     )
16  ──────────────────────────────── )

17          IT IS HEREBY STIPULATED by the parties to the above-referenced action, by and through

18  their respective counsel of record, that plaintiffs may file their Second Amended Complaint upon

19  approval from the Court.  A true and correct copy of the Second Amended Complaint is attached

20  hereto as Exhibit A.

21  Dated: March 5, 2007
                                     Terry Gross (103878)
22                                   Adam C. Belsky (147800)
                                     Monique Alonso (127078)
23                                   GROSS & BELSKY LLP
                                     180 Montgomery Street, Suite 2200
24                                   San Francisco, California 94104
                                     Telephone: (415) 544-0200
25                                   Facsimile:  (415) 544-0201

26
                                     By:___/s/_____
27                                          Monique Alonso

28                                   Attorneys for Plaintiffs
                                     HEATHER EWING, et al.

1  Dated: February __28__, 2007

2                                                                        Richard E. Nosky, Jr. (130726)

Shelley L. Green (161521)
City Attorney's Office
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

By:___/s/_____
         Shelley L. Green

Attorneys for CITY DEFENDANTS

Dated: February __28__, 2007

                                     Robert E. O'Rourke (127935)
Office of the County Counsel
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

By:_/s/_____
         Robert E. O'Rourke

Attorneys for Defendants
DISTRICT ATTORNEY JOHN D.
PHILLIPS, DEPUTY DISTRICT ATTORNEY
LESTER F. FLEMING and
INVESTIGATOR BERTOCCHINI

STIPULATION AND [PROPOSED] ORDER RE FILING PLTFS' SECOND AMENDED COMPLAINT,
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

1          IT IS SO ORDERED.

2    Dated:  March 5, 2007

3

4    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING PLTFS' SECOND AMENDED COMPLAINT,
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH