OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
ROBERT E. O'ROURKE, CSB #127935
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
   DISTRICT ATTORNEY JOHN D. PHILLIPS,
   DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING,
   and, INVESTIGATOR BERTOCCHINI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER and MARK EWING, | **CASE NO. 2:05-cv-02270-WBS-GGH** |
| Plaintiffs, | |
| vs. | **STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES; [PROPOSED] ORDER THEREON** |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

     On March 6, 2006, Defendants DISTRICT ATTORNEY JOHN D. PHILLIPS, DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING, and INVESTIGATOR BERTOCCHINI substituted in Robert E. O'Rourke as their new trial counsel in the above-referenced matter. All parties are in agreement to extending current case deadlines and dates to allow Defendants DISTRICT ATTORNEY JOHN D. PHILLIPS, DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING, and INVESTIGATOR BERTOCCHINI new counsel time to transition into this matter. Therefore,

     **IT IS HEREBY STIPULATED** between the parties hereto, by and through their respective counsel and in accordance with Local Rules 83-143(a) (1) and 6-144(a), that the current deadlines and dates in this matter be extended as follows:

     1.    Discovery Cutoff:                                October 10, 2007

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
|1| 2. | Defendants' Dispositive Motions Due: | November 16, 2007 |
|2| 3. | Oppositions Due: | December 14, 2007 |
|3| 4. | Replies Due: | December 21, 2007 |
|4| 5. | Hearing Date: | January 7, 2008 |
|5| 6. | Pretrial Conference: | **March 24, 2008, at 2:00 p.m.** |
|6| 7. | Trial: | **May 20, 2008, at 9:00 a.m.** |

7  Dated:  June  15 , 2007

8  
9  
10  
TERRY GROSS
ADAM C. BELSKY
MONIQUE ALONSO
GROSS & BELSKY, LLP

11  
12  By:  /s/  MONIQUE ALONSO
        MONIQUE ALONSO

13  
14  Attorneys for Plaintiffs,
HEATHER and MARK EWING

15  Dated:  June  14 , 2007

16  
17  
RICHARD E. NOSKY, JR.
SHELLEY L. GREEN
CITY ATTORNEY'S OFFICE

18  
19  By:  /s/  SHELLEY L. GREEN
        SHELLEY L. GREEN

20  Attorneys for CITY DEFENDANTS

21  Dated:  June  14 , 2007

22  
23  
ROBERT E. O'ROURKE
OFFICE OF THE COUNTY COUNSEL

24  By:  /s/  ROBERT E. O'ROURKE
        ROBERT E. O'ROURKE

25  Attorneys for Defendants,
26  DISTRICT ATTORNEY JOHN D. PHILLIPS,
DEPUTY DISTRICT ATTORNEY
27  LESTER F. FLEMING, and
INVESTIGATOR BERTOCCHINI

28

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED.**

2  DATED: June 19, 2007

4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com