1  RICHARD E. NOSKY, JR., City Attorney
   State Bar No. 130726
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333

5  Attorneys for City Defendants

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  HEATHER MARIE EWING; et al.,        )    CASE NO.
                                         )    2:05-CV-02270-WBS-GGH
11                                       )
            Plaintiffs,                   )    **STIPULATION TO DISMISS**
12                                       )    **DEFENDANT OFFICERS**
    vs.                                  )    **STEVEN W. CAPPS, TODD**
13                                       )    **KAMIGAKI, AND JOSE**
    THE STATE OF CALIFORNIA BY AND        )    **MARTINEZ; AND ORDER**
14  THROUGH THEIR REPRESENTATIVES        )    **THEREON**
    IN THE DISTRICT ATTORNEY'S OFFICE    )
15  OF THE COUNTY OF SAN JOAQUIN;        )
    et al.,                              )
16                                       )
            Defendants.                   )
17  _____ )

18       IT IS HEREBY STIPULATED, by and between the parties hereto,

19  through their respective counsel, that defendants OFFICER

20  STEVEN W. CAPPS, OFFICER TODD KAMIGAKI, and OFFICER JOSE MARTINEZ

21  are hereby dismissed with prejudice, each party to bear their own

22  costs.

23  Dated: November 6, 2007        GROSS & BELSKY

24

25                                 By: _/s/ Monique Alonso_____
                                       MONIQUE ALONSO

26                                 Attorney for Plaintiffs

27  ///

28  ///

                            1
   _____
        STIPULATION TO DISMISS, ETC.; AND ORDER THEREON

```
 1   Dated: November 6, 2007          RICHARD E. NOSKY, JR.
                                      CITY ATTORNEY
 2

 3                                    By:  /s/ Shelley L. Green
                                          SHELLEY L. GREEN
 4                                        Assistant City Attorney

 5                                    Attorneys for City Defendants

 6   Dated: November 6, 2007          OFFICE OF THE COUNTY COUNSEL

 7

 8                                    By:  /s/ Jason R. Morrish
                                          JASON R. MORRISH
 9                                        Deputy County Counsel

10                                    Attorneys for County Defendants

11                                  ORDER

12        IT  IS  HEREBY  ORDERED  that  defendants  OFFICER  STEVEN  W.

13   CAPPS,  OFFICER  TODD  KAMIGAKI,  and  OFFICER  JOSE  MARTINEZ  are

14   hereby  dismissed  with  prejudice,  each  party  to  bear  their  own

15   costs.

16   Dated:  November 8, 2007
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS, ETC.; AND ORDER THEREON