OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
JASON R. MORRISH, CSB #192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
DISTRICT ATTORNEY JOHN D. PHILLIPS,
DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING
and INVESTIGATOR BERTOCCHINI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING and MARK LEE EWING,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:05-CV-02270-WBS-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DISTRICT ATTORNEY INVESTIGATOR BERTOCCHINI** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their designated counsel of record, that the above-entitled action be, and hereby is, dismissed with prejudice as to Defendant, DISTRICT ATTORNEY INVESTIGATOR VITO BERTOCCHINI ["Bertocchini"], pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Bertocchini further waives any right he may have to recover costs incurred in defense of the action.

Dated: November 6, 2007          OFFICE OF THE COUNTY COUNSEL

                                 By:    /s/ Jason R. Morrish
                                        JASON R. MORRISH
                                        Deputy County Counsel

                                        Attorneys for District Attorney Defendants

///

| | |
|---|---|
| Dated: November 7, 2007 | GROSS & BELSKY LLP |
| | By: /s/ Monique Alonso (as authorized on 11/7/07) |
| | MONIQUE ALONSO |
| | Attorneys for Plaintiffs |
| Dated: November 6, 2007 | RICHARD E. NOSKY, JR. |
| | CITY ATTORNEY |
| | By: /s/ Shelley L. Green (as authorized on 11/6/07) |
| | SHELLEY L. GREEN |
| | Assistant City Attorney |
| | Attorneys for City Defendants |

## ORDER OF THE COURT

The parties to this action having stipulated to a dismissal of Defendant Bertocchini in the above-entitled action pursuant to FRCP 41(a)(1), and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant Bertocchini be, and hereby is, dismissed with prejudice.

Dated: November 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE