Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs
HEATHER MARIE EWING, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 2:05-CV-02270-WBS-GGH <br><br> **STIPULATION AND [PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP 54(b) AS TO FEWER THAN ALL CLAIMS AND PARTIES FOR PURPOSES OF INTERLOCUTORY APPEAL** |

WHEREAS, on November 16, 2007, defendants District Attorney John D. Phillips ("Phillips") and Deputy District Attorney Lester Fleming ("Fleming") (collectively, the "DA Defendants") filed a motion for summary judgment, or alternatively, summary adjudication;

WHEREAS, on November 16, 2007, defendants John J. Reyes, William J. Hutto, Steven McCarthy (collectively, the "Officer Defendants") and the City of Stockton (all collectively, the "City Defendants") filed a motion for summary judgment, or alternatively, summary adjudication;

WHEREAS, in a Memorandum and Order re: Motions for Summary Judgment, dated February 7, 2008, the Court granted the DA Defendants' motion on all claims against the DA Defendants, and granted the City Defendants' motion as to most, but not all claims against the City Defendants; and

WHEREAS, there is no just reason for delay of entry of final judgment as to those claims on which the Court has granted summary judgment or summary adjudication,

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties to the above-referenced

STIPULATION AND [PROPOSED] ORDER RE JUDGMENT
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

action, by and through their respective counsel of record, as follows:

(1) As to the DA Defendants, that final judgment be entered in their favor as to all causes of action brought against them.

(2) As to the Officer Defendants, that final judgment be entered on Plaintiffs' claims under 42 U.S.C. § 1983 arising from:

    (A) procurement of the search warrant, except as it relates to that part of the search and seizure conducted pursuant to paragraphs 5 and 7 of the search warrant;

    (B) the execution of the search warrant;

    (D) the arrest of Heather Ewing on gun, drug, and murder charges;

    (E) the arrest of Mark Ewing on murder charges; and

    (F) the continued detention of Mark and Heather Ewing.

(3) As to the Officer Defendants, that final judgment be entered on Plaintiffs' state law claim for negligence.

(4) As to defendant City of Stockton, that final judgment be entered on all Plaintiffs' claims under 42 U.S.C. § 1983.

(5) As to defendant City of Stockton, that final judgment be entered as to Plaintiffs' state law claim for negligence only insofar as it relates to the actions of the Officer Defendants.

(6) As to defendant City of Stockton, that final judgment be entered as to Plaintiffs' state law claim for negligent supervision.

//
//
//
//
//
//
//
//
//

THE PARTIES FURTHER STIPULATE to a stay in the district court of the remaining claims in the action pending disposition of Plaintiffs' appeal of the above judgements.

SO STIPULATED.

Dated: March 6, 2008

           Terry Gross (103878)
           Adam C. Belsky (147800)
           Monique Alonso (127078)
           GROSS BELSKY ALONSO LLP
           180 Montgomery Street, Suite 2200
           San Francisco, California 94104
           Telephone: (415) 544-0200
           Facsimile:  (415) 544-0201

By: /s/ Monique Alonso
      Monique Alonso

Attorneys for PLAINTIFFS

Dated: March 6, 2008

           Shelley L. Green (161521)
           City Attorney's Office
           425 N. El Dorado Street, Second Floor
           Stockton, California 95202
           Telephone: (209) 937-8333

By: /s/ Shelley L. Green
      Shelley L. Green

Attorneys for CITY DEFENDANTS

Dated: March 6, 2008

           Jason R. Morrish (192686)
           Office of the County Counsel
           County of San Joaquin
           Courthouse - Room 711
           222 East Weber Avenue
           Stockton, California 95202
           Telephone: (209) 468-2980

By: /s/ Jason R. Morrish
      Jason R. Morrish

Attorneys for DA DEFENDANTS

STIPULATION AND [PROPOSED] ORDER RE JUDGMENT
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

# ORDER

Pursuant to the stipulation of the parties, good cause appearing, and there being no just cause for delay, IT IS HEREBY ORDERED as follows:

(1) As to the DA Defendants, that final judgment be entered in their favor as to all causes of action brought against them.

(2) As to the Officer Defendants, that final judgment be entered on Plaintiffs' claims under 42 U.S.C. § 1983 arising from:

    (A) procurement of the search warrant, except as it relates to that part of the search and seizure conducted pursuant to paragraphs 5 and 7 of the search warrant;

    (B) the execution of the search warrant;

    (D) the arrest of Heather Ewing on gun, drug, and murder charges;

    (E) the arrest of Mark Ewing on murder charges; and

    (F) the continued detention of Mark and Heather Ewing.

(3) As to the Officer Defendants, that final judgment be entered on Plaintiffs' state law claim for negligence.

(4) As to defendant City of Stockton, that final judgment be entered on all Plaintiffs' claims under 42 U.S.C. § 1983.

(5) As to defendant City of Stockton, that final judgment be entered as to Plaintiffs' state law claim for negligence only insofar as it relates to the actions of the Officer Defendants.

(6) As to defendant City of Stockton, that final judgment be entered as to Plaintiffs' state law claim for negligence supervision.

Dated: March 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE JUDGMENT
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH