Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs
HEATHER MARIE EWING, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE EWING, et al., | Case No. 2:05-CV-02270-WBS-GGH |
| Plaintiffs, | **STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE AND TO CONTINUE FINAL PRETRIAL CONFERENCE; AND [PROPOSED] ORDER RE SAME** |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

WHEREAS, on March 7, 2008, the Court entered an Order Directing Entry of Final Judgment Pursuant to FRCP 54(b) as to Fewer Than All Claims and Parties for Purposes of Interlocutory Appeal;

WHEREAS, there are three remaining issues left for trial and the trial is set for May 20, 2008, with a final pretrial conference, originally set for March 24, 2008, and continued, *sua sponte,* to April 7, 2008; and

WHEREAS, the parties stipulated to a stay of the remaining claims in light of the interlocutory appeal, but the Court declined to enter a stay; and

WHEREAS, the parties believe it would be beneficial to have a status conference regarding the parties' joint request for stay of the remaining claims in advance of the final pretrial conference and have been apprised that the first available date for such a status conference is April 7, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, by and through their respective counsel of record, as follows:

(1)     That a status conference regarding the request for stay of the remaining claims be held on April 7, 2008; and

(2)     That the final pretrial conference, currently set for April 7, 2008, be continued to a date to be determined by the Court.

SO REQUESTED AND STIPULATED.

Dated: March 12, 2008

>   Terry Gross (103878)
>   Adam C. Belsky (147800)
>   Monique Alonso (127078)
>   GROSS BELSKY ALONSO LLP
>   180 Montgomery Street, Suite 2200
>   San Francisco, California 94104
>   Telephone: (415) 544-0200
>   Facsimile:   (415) 544-0201
>
>   By:_____/s/ Monique Alonso_____
>            Monique Alonso
>
>   Attorneys for PLAINTIFFS

Dated: March 12, 2008

>   Shelley L. Green (161521)
>   City Attorney's Office
>   425 N. El Dorado Street, Second Floor
>   Stockton, California 95202
>   Telephone: (209) 937-8333
>
>   By:_____/s/ Shelley L. Green_____
>            Shelley L. Green
>
>   Attorneys for CITY DEFENDANTS

2

STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE AND TO
CONTINUE FINAL PRETRIAL CONFERENCE; AND [PROPOSED] ORDER RE SAME
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

**ORDER**

The final pretrial conference in the above-referenced matter, currently set for April 7, 2008, is hereby continued to May 5, 2008 at 2:00 p.m. The parties are ordered to attend a status conference regarding the parties' joint request for a stay of the remaining claims on April 7, 2008, at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE