Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Plaintiffs
HEATHER MARIE EWING, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER MARIE EWING, et al., | Case No. 2:05-CV-02270-WBS-GGH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

WHEREAS, the trial date in the above-referenced matter is currently set for October 15, 2008;

WHEREAS, the parties' Joint Pretrial Conference Statement is due August 7, 2008, and the Final Pretrial Conference is currently set for August 26, 2008;

WHEREAS, plaintiffs are appealing to the Ninth Circuit Court of Appeals this Court's interlocutory judgment in this case, pursuant to FRCP 54, that summarily adjudicated and dismissed certain defendants and claims;

WHEREAS, on April 7, 2008, the Court continued the original May 20, 2008 trial date until October 15, 2008, and declined to stay the action pending appeal, setting the trial date to take place four months after the original appellate briefing schedule was then scheduled to be completed (June 27, 2008), so that the appellate briefing schedule would not conflict with the preparation of the remaining issues for trial;

WHEREAS, although briefing is set to conclude with plaintiffs/appellants' reply brief due on September 19, 2008, it is likely briefing will actually conclude several weeks later due to the fact that

1 counsel for defendant/appellee City of Stockton, *et al*. has informed counsel and the Ninth Circuit Court of Appeals Chief Circuit Mediator that she is likely to require a continuance of the deadline for filing defendants/appellees City of Stockton, *et al*.'s responding brief, currently due on August 5, 2008, due to circumstances beyond her control (an impending birth);

WHEREAS, the current appellate briefing schedule is therefore likely to conflict with the current pretrial conference and trial dates in this matter;

WHEREAS, the parties agree to a continuance of the current pretrial conference and trial dates in order to avoid this conflict; and

WHEREAS, based on their schedules, counsel for the parties are unavailable for trial in late November 2008, December 2008, and January 2009;

NOW, THEREFORE, IT IS HEREBY STIPULATED TO by the parties to the above-referenced action, by and through their respective counsel of record, that the Final Pretrial Conference and Trial be continued as follows (or to such other dates as the Court selects):

1. Final pretrial conference        December 15, 2008 at 2:00 p.m.; and

2. Trial                            February 10, 2009 at 9:00 a.m.

SO STIPULATED.

Dated: May 22, 2008

Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201


By:  /s/ Monique Alonso
         Monique Alonso

Attorneys for PLAINTIFFS

1 | Dated: May 22, 2008

2 | Shelley L. Green (161521)
City Attorney's Office
3 | 425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

4

5 | By: /s/ Shelley L. Green
Shelley L. Green

6

Attorneys for CITY DEFENDANTS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The final pretrial conference in the above-referenced matter, currently set for August 25, 2008, is hereby continued to December 15, 2008 at 2:00 p.m., and the trial in this matter, currently set for October 15, 2008 at 9:00 a.m. is continued to February 10, 2009 at 9:00 a.m..

IT IS SO ORDERED.

Dated:   May 23, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE