RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

Attorneys for City Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HEATHER MARIE EWING; et al., | ) | CASE NO. 2:05-CV-02270-WBS-GGH |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE AND TO CONTINUE FINAL PRETRIAL CONFERENCE; REQUEST FOR STAY OF ACTION PENDING RESOLUTION OF APPEAL; AND [PROPOSED] ORDER RE SAME** |
| vs. | ) | |
| THE STATE OF CALIFORNIA BY AND THROUGH THEIR REPRESENTATIVES IN THE DISTRICT ATTORNEY'S OFFICE OF THE COUNTY OF SAN JOAQUIN; et al., | ) ) ) ) ) | |
| Defendants. | ) | |

WHEREAS, on March 7, 2008, the Court entered an Order Directing Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b) as to Fewer Than All Claims and Parties for Purposes of Interlocutory Appeal;

WHEREAS, there are three remaining issues left for trial which include plaintiffs' § 1983 claim for procurement of an invalid search warrant as to paragraphs 5 and 7 related to drugs and computer equipment, City of Stockton's negligence as to the SWAT team's actions, and the § 1983 claim of Mark Ewing for false arrest on drug and gun charges.  The trial is currently set for February 10, 2009, with a final pretrial conference set for

1

1  December 15, 2008;

2  WHEREAS, on March 21, 2008, plaintiff filed a Notice of
3  Appeal from the Court's Order of February 7, 2008, granting in
4  part the City of Stockton's motion for summary judgment, and
5  granting the District Attorney's motion for summary judgment, and
6  all briefing on that appeal is scheduled to be completed by
7  December 5, 2008;

8  WHEREAS, the parties were advised by the Ninth Circuit that
9  the appeal would be set for argument within 18 months of the
10 filing of the notice of appeal, which would be in September 2009;

11 WHEREAS, on March 21, 2008, the parties jointly requested a
12 stay of the trial of the remaining claims pending resolution of
13 the appeal, so that if the appeal was successful there would only
14 be one trial;

15 WHEREAS, on April 7, 2008, a status conference was held
16 regarding the parties' request for a stay of the remaining claims
17 pending appeal, at which time the Court denied said request;

18 WHEREAS, circumstances have substantially changed and the
19 parties herein renew their request for a stay, for several
20 reasons, as described more fully below, including that the City's
21 financial situation has substantially changed, and that there is
22 a high likelihood that if there is a trial held on the remaining
23 claims, the outcome of the trial could have inconsistent results
24 with the disposition of the current appeal, with the result that
25 the tried claims would have to be retried in the event
26 plaintiffs' appeal is successful and this second trial would
27 involve the same individuals and experts requiring great expense
28 to the parties;

2

STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE AND TO CONTINUE FINAL PRETRIAL CONFERENCE, ETC.

WHEREAS, the economy is in a spiraling downturn and public entities, as well as private businesses, are filing for bankruptcy and/or being forced to make draconian cuts. Defendant City of Stockton has a $23.5 million dollar shortfall for this current fiscal year. At the present time, City of Stockton employees are being forced to take 10 furlough days for the remaining fiscal year and 14 furlough days the following year, in addition to the implementation of a hiring freeze, voluntary separation program, layoffs, and elimination of programs. All departments, including public safety, are being forced to make these cuts;

WHEREAS, Defendant City of Stockton has solicited estimates from the experts it would be required to use for defending the issues in this trial, and the total is $21,000. In addition, the trial would require numerous police personnel (at least 25) to testify, requiring travel expenses and overtime (not only for the testifying officers but those required to fill their positions);

WHEREAS, these same experts and personnel would be required to testify in a second trial should the appeal be successful;

WHEREAS, holding a trial now on the remaining claims may result in inconsistent results with the pending appeal, as plaintiffs will undoubtedly have to appeal any determination in which they do not receive the type of verdict they anticipate, since they probably will be foreclosed from presenting at trial certain evidence or argument due to the Court's February 7, 2008, decision, but if plaintiffs' appeal is granted plaintiffs should have been able to present such evidence or argument;

WHEREAS, the parties believe that the most efficient

mechanism for judicial determination of plaintiffs' claims is to stay the action pending resolution by the Ninth Circuit of plaintiffs' appeal, so that only one trial is necessary of all valid claims in the action;

WHEREAS, the parties believe it would be beneficial to have a status conference regarding the parties' joint request for stay of the remaining claims;

WHEREAS, the parties respectfully request such status conference should take place in advance of the pretrial conference currently set for December 15, 2008, and prior to the due date of the pretrial statement on December 5, 2008, if possible.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, by and through their respective counsel of record, as follows:

(1) That a status conference regarding the request for stay of the remaining claims is set for **December 22, 2008 at 2:30 p.m.**, and

(2) That the final pretrial conference, currently set for December 15, 2008, be continued to **January 12, 2009 at 2:00 p.m.**

SO REQUESTED AND STIPULATED.

Dated: November 20, 2008          GROSS, BELSKY & ALONSO

                                  By:  */s/ Monique Alonso*
                                       MONIQUE ALONSO

                                  Attorney for Plaintiffs

///

///

///

4

```
Dated: November 18, 2008        RICHARD E. NOSKY, JR.
                                CITY ATTORNEY


                                By: /s/ Shelley L. Green
                                    SHELLEY L. GREEN
                                    Assistant City Attorney

                                Attorneys for City Defendants

Dated: November 20, 2008        OFFICE OF THE COUNTY COUNSEL


                                By: /s/ Jason R. Morrish
                                    JASON R. MORRISH
                                    Deputy County Counsel

                                Attorneys for County Defendants
```

**ORDER**

The remaining claims are stayed pending disposition of the appeal currently before the Ninth Circuit.

It is further ordered that a status conference regarding the request for stay of the remaining claims is set for **December 22, 2008 at 2:30 p.m**., and the final pretrial conference, currently set for December 15, 2008, be continued to **January 12, 2009 at 2:00 p.m.**

Dated: November 26, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE AND TO CONTINUE FINAL PRETRIAL CONFERENCE, ETC.