UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HEATHER MARIE EWING; MARK LEE EWING; KATELYN JOYNER EWING-MUNNERLYN, a minor by and through her father MARK LEE EWING; RACHEL MARIE EWING, a minor by and through her parents HEATHER MARIE EWING and MARK LEE EWING; and SAVANNAH JAILYN EWING, a minor by and through her parents HEATHER MARIE EWING and MARK LEE EWING,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY OF STOCKTON; DISTRICT ATTORNEY JOHN D. PHILLIPS; DEPUTY DISTRICT ATTORNEY LESTER F. FLEMING; OFFICER WILLIAM JEROME HUTTO, individually and in his capacity as a City of Stockton Police Officer; OFFICER STEVEN McCARTHY, individually and in his capacity as a City of Stockton Police Officer; OFFICER JOHN J. REYES, individually and in his capacity as a City of Stockton Police Officer,<br><br>       Defendants. | NO. CIV. S-05-2270 WBS GGH<br><br>ORDER |

1

----oo0oo----

All of the parties in the above-captioned action jointly requested the court to stay the action pending the Ninth Circuit's resolution of plaintiffs' pending appeal. In light of the reasons discussed at oral argument today,

IT IS HEREBY ORDERED that this action be, and the same hereby is, stayed pending further order of this court. The matter may be reopened on the written application of any party at any time. The Clerk of the Court is hereby instructed to administratively close the file.

DATED: December 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE