Terry Gross, terry@gba-law.com (103878)
Adam C. Belsky, adam@gba-law.com (147800)
Monique Alonso, monique@gba-law.com (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs
HEATHER and MARK EWING

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER and MARK EWING, | Case No. 2:05-CV-02270-WBS-GGH |
| Plaintiffs, | **STIPULATION OF COUNSEL AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| THE STATE OF CALIFORNIA, et al. | |
| Defendants. | |

WHEREAS, a Status Conference is presently scheduled in the above-captioned case for March 22, 2010, and the parties' Joint Status Report is due March 15, 2010;

WHEREAS, counsel for plaintiffs is unavailable on March 22, 2010 due to being called to appear for jury duty; and

WHEREAS, the Court has advised that the next available date for the Status Conference is May 3, 2010, at 2:00 p.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties to the above-referenced action, by and through their respective counsel of record, that the Status Conference be continued from March 22, 2010 at 1:30 p.m. to May 3, 2010 at 2:00 p.m., and that the parties' Joint Status Report be filed on April 26, 2010.

//

//

//

1 | SO STIPULATED.

2 | Dated: March 3, 2010

Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201


By:     /s/ Monique Alonso
                Monique Alonso

Attorneys for Plaintiffs
HEATHER EWING, et al.

Dated: March 3, 2010

Shelley L. Green (161521)
City Attorney's Office
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333


By: /s/ Shelley L. Green
                Shelley L. Green

Attorneys for CITY DEFENDANTS

As authorized on March 3, 2010.

Dated: March 3, 2010

Jason R. Morrish (192686)
Office of the County Counsel
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

By: /s/ Jason R. Morrish
                Jason R. Morrish

Attorneys for DA DEFENDANTS

As authorized on March 2, 2010.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

**ORDER**

The Status Conference in the above-referenced matter, currently set for March 22, 2010, is hereby continued to May 3, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

## CERTIFICATE OF SERVICE

**RE:** *Heather Marie Ewing and Mark Lee Ewing v. The State of California, et al.*
**Case No. 2:-05-CV-02270-WBS-GGH**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS, BELSKY & ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **STIPULATION OF COUNSEL AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

___ **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___ **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX **By ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

| | |
|---|---|
| Shelley L. Green, Esq.<br>Office of the City Attorney, City Hall<br>425 North El Dorado Street<br>Stockton, CA 95202-1997<br>T: (209) 937-8937<br>F: (209) 937-8898 | Attorneys for Defendants City of Stockton, Officers Hutto, Reyes, Capps, Kamagaki, Martinez and Sergeant McCarthy |
| Jason R. Morrish, Esq.<br>San Joaquin County Counsel<br>222 E Weber Avenue, Suite 711<br>Stockton, CA 95202-2777<br>T: (209) 468-2980<br>F: (209) 468-0315 | Defendants County of San Joaquin, District Attorney John D. Phillips, Deputy District Attorney Lester F. Fleming, and Investigator Bertocchini |

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2010 at San Francisco, California.

1
2                                   /s/ Jessica Dean
                                    JESSICA DEAN
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
5
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH