1  Terry Gross, terry@gba-law.com (103878)
   Adam C. Belsky, adam@gba-law.com (147800)
2  Monique Alonso, monique@gba-law.com (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiffs
6  HEATHER and MARK EWING

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

   HEATHER and MARK EWING,                    ) Case No. 2:05-CV-02270-WBS-GGH
11                                             )
                      Plaintiffs,              ) **STIPULATION AND ORDER**
12                                             ) **CONTINUING HEARING ON**
              v.                               ) **DEFENDANT LESTER F. FLEMING'S**
13                                             ) **RENEWED MOTION FOR SUMMARY**
   THE STATE OF CALIFORNIA, et al.             ) **JUDGMENT, OR ALTERNATIVELY,**
14                                             ) **SUMMARY ADJUDICATION**
                      Defendants.              )
15                                             )
                                               )
16  ─────────────────────────────             )

17

18          WHEREAS, a hearing on Defendant Lester F. Fleming's Renewed Motion for Summary

19  Judgment, or Alternatively, Summary Adjudication  is presently scheduled in the above-captioned

20  case for August 9, 2010 on the Court's own motion;

21          WHEREAS, counsel for plaintiffs is unavailable on August 9, 2010;

22          WHEREAS, the Court has advised that the next available date for a continuance is August 30,

23  2010, at 2:00 p.m.

24          NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties to the above-referenced

25  action, by and through their respective counsel of record, that the hearing on Defendant Lester F.

26  //

27  //

28  //

                                            1
   STIPULATION AND ORDER CONTINUING HEARING ON  DEFENDANT LESTER F. FLEMING'S RENEWED
   MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION
   *Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

1  Fleming's Renewed Motion for Summary Judgment, or Alternatively, Summary Adjudication be

2  continued from August 9, 2010 at 10:00 a.m. to August 30, 2010 at 2:00 p.m.

3  SO STIPULATED.

4  Dated: August 5, 2010

5  
Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)

6  GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200

7  San Francisco, California 94104
Telephone: (415) 544-0200

8  Facsimile:   (415) 544-0201

9  

By:_____/s/ Monique Alonso_____
10  Monique Alonso

11  Attorneys for Plaintiffs
HEATHER EWING, et al.

12  Dated: August 5, 2010

13  Jason R. Morrish (192686)
Office of the County Counsel

14  County of San Joaquin
Courthouse - Room 711

15  222 East Weber Avenue
Stockton, California 95202

16  Telephone: (209) 468-2980

17  By: /s/ Jason R. Morrish_____
Jason R. Morrish

18  
Attorneys for DA DEFENDANTS

19  
As authorized on August 5, 2010.

20  

21  

22  

23  

24  

25  

26  

27  

28  

2

## ORDER

The hearing on Defendant Lester F. Fleming's Renewed Motion for Summary Judgment, or Alternatively, Summary Adjudication  in the above-referenced matter, currently set for August 9, 2010, is hereby continued to August 30, 2010 at 2:00 p.m.

IT IS SO ORDERED.


Dated:   August 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND ORDER CONTINUING HEARING ON  DEFENDANT LESTER F. FLEMING'S RENEWED MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH