Terry Gross, terry@gba-law.com (103878)
Adam C. Belsky, adam@gba-law.com (147800)
Monique Alonso, monique@gba-law.com (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs
HEATHER EWING, *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER EWING, *et al.*<br><br>   Plaintiffs,<br><br>   v.<br><br>THE STATE OF CALIFORNIA, et al.<br><br>   Defendants. | Case No. 2:05-CV-02270-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER RE APPROVAL WITHOUT HEARING RE PLAINTIFFS' UNOPPOSED PETITION FOR APPROVAL OF MINORS' COMPROMISE, OR ALTERNATIVELY REQUEST FOR ORDER SHORTENING TIME** |

WHEREAS, plaintiffs and defendants in the above-captioned matter have settled this matter in its entirety, and have filed a Notice of Settlement with this Court dated September 9, 2011; and

WHEREAS, defendants do not oppose plaintiffs' Petition for Approval of Minors' Compromise (the "Petition") with respect to the minor plaintiffs, filed on September 9, 2011, and have filed a Statement of Non-Opposition with respect thereto; and

WHEREAS, the parties have waived oral argument on the Petition; and

WHEREAS defendants are unable to obtain final approval of the settlement by the County of San Joaquin Board of Supervisors unless and until this Court approves the Petition; and

WHEREAS, in order to have the matter of the settlement heard and finally approved at the next available Board meeting, set for September 27, 2011, the parties desire to expedite the hearing on the Petition, if any, currently set for October 11, 2011;

//

---

1

STIPULATION AND [PROPOSED] ORDER RE HEARING ON PLTFS' UNOPPOSED PETITION FOR APPROVAL OF MINORS' COMPROMISE ON SHORTENED TIME
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

1  NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that
2  the hearing on the Petition will take place on **September 26, 2011 at 2:00 p.m.**

Dated: September 16, 2011

                                  GROSS BELSKY ALONSO LLP

                                  By:   s/ Monique Alonso
                                          Monique Alonso

                                  Attorneys for Plaintiffs
                                  HEATHER EWING, et al.

Dated: September 16, 2011

                                  Office of the County Counsel
                                  County of San Joaquin

                                  By:   s/ Jason R. Morrish
                                          Jason R. Morrish

                                  Attorneys for DEFENDANTS
                                  County

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 16, 2011                                       /s/ Monique Alonso
                                                                                       MONIQUE ALONSO

2

STIPULATION AND [PROPOSED] ORDER RE HEARING ON PLTFS' UNOPPOSED PETITION FOR APPROVAL
OF MINORS' COMPROMISE ON SHORTENED TIME
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH

IT IS SO ORDERED.

Dated:   September 19, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE HEARING ON PLTFS' UNOPPOSED PETITION FOR APPROVAL OF MINORS' COMPROMISE ON SHORTENED TIME
*Ewing v. State of California, et al.*, Case No. 2:05-CV-02270-WBS-GGH